ACCEPTED
06-14-00177-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/5/2015 5:51:34 PM
DEBBIE AUTREY
CLERK

## No. 06-14-00163-CR

## IN THE COURT OF APPEALS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

## FOR THE SIXTH APPELLATE DISTRICT

1/5/2015 5:51:34 PM

DEBBIE AUTREY
Clerk

## TEXARKANA, TEXAS

**COREY MARTIN COLVIN**                    **APPELLANT**

**VS**

**STATE OF TEXAS**                    **APPELLEE**

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANT

TO HONORABLE JUDGES OF SAID COURT:

NOW COMES, the Appellant by and through his Attorney, Tim Cone, and does hereby move this Honorable Court to grant an extension of time for the purpose of filing the Appellant's Brief.

### I.

Judgment was entered with the 115th District Court of Marion County, Texas, in Cause Number F12698 styled The State of Texas vs. Martin Luther Burns, on the 22nd day of September, 2014. The Appellant's brief is due on December 29, 2014. This is the Appellant's first request for an extension of time for the late filing of Appellant's brief.

That the Appellant hereby requests an extension of time to file Appellant's brief until January 29, 2015, and will hopefully be the last extension we will ask for and as reason therefore, would show the court as follows: Appellant's attorney has recently completed a brief in Skie Jordan Smith v. State, Case number 06-14-00071-CR and submitted said brief to the Sixth Court of Appeals. Further, Appellant's attorney recently submitted a brief in State v. Casey Dale Hammack, Case Number 06-14-00175-CR to the Sixth Court of Appeals. Further, Appellant's attorney was preparing for jury trials in the 115th District Court for the two week session beginning December 8, 2014: State v. Carlos Bunch, Jr., Cause Number 12503; State v. Alton Ray Easley, Jr., Cause Numbers 16346,16499 and 16647;State v. David Bruce Williams, Cause Number 16580; State v. Ronald Ray Hohensee, Cause Number 16696; State v. Jason Dwan Tarver, Cause Number 16710; State v. Mary Ellen Clark, Cause Number 16723; State v. Ricky Don Morris, Cause Number 16,783; State v. Christopher Alan Ray, Cause Number 16,784; State v. Christopher Willis Garrett, Cause Number 16,785;State v. Ladarius Kidron Johnson, Cause Number 16,803; State v Cortney Lee Fields, Cause Number 16,828; and State v. Lester Shane Browning, Cause Number 16,875.

Lastly, although Appellant's attorney had calendared the due date in the case at bar, a good deal of time during the holidays (Christmas and the week before) was spent out of town. When Appellant's attorney returned to town on December 29, 2014, a fairly serious upper respiratory infection had set in and the entire week was spent

recuperating. Unfortunately, the calendar was not reviewed and the due date for this brief was overlooked. Appellant's attorney offers sincere apologies for this oversight. Diligent efforts are made to not make such errors but it happened this time anyway.

.

.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully prays that the Honorable Court of Appeals extend the time for the filing of Appellant's Brief in this cause to the 29th day of January, 2015.

Respectfully Submitted,

/s/Tim Cone

_____
Tim Cone, Attorney At Law
State Bar N. 04660350

P.O. Box 413
Gilmer, Texas 75644
903-725-6270
 e-mail: timcone6@aol.com


**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing Appellant's Motion for Extension of Time to File Brief has been served to Angela Smoak, Marion County  Attorney, attorney for Appellee, on this the  5th  day of January, 2015.

/s/Tim Cone

_____
Tim Cone, Attorney At Law